IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EDWARD BYBLE | ) | CASE NO. 2:17-CV-00578 |
| | ) | |
| Plaintiff, | ) | JUDGE: |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF SETTLEMENT AND** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| DIAMOND CUT LAWN & LANDSCAPE, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Now comes Plaintiff, Edward Byble, by and through counsel, and hereby serves notice that the above captioned matter has been settled and is being dismissed with prejudice. Each party to bear their own costs.

Respectfully submitted,

*/s/Christopher P. Wido*
Christopher P. Wido (0090441)
**THE SPITZ LAW FIRM, LLC.**
Water Tower Plaza
25200 Chagrin Blvd., Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: chris.wido@spitzlawfirm.com



## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2018, a copy of the foregoing was filed and served on all parties through the Court's electronic filing system.

*/s/Christopher P. Wido*
Christopher P. Wido (0090441)
**THE SPITZ LAW FIRM, LLC.**
